IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED,<br><br>    Plaintiff,<br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.<br>and DR. ING. H.C. F. PORSCHE AG,<br><br>    Defendants. | C.A. No. 20-1554-RGA |

**STIPULATION AND PROPOSED ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff, Jaguar Land Rover Limited and the undersigned counsel for Defendant Porsche Cars North America, Inc., subject to the approval of this honorable Court, that Defendant Porsche Cars North America, Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended through and including January 12, 2021.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| */s/ Jack B. Blumenfeld* | */s/ Francis DiGiovanni* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mflynn@mnat.com | Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>francis.digiovanni@faegredrinker.com<br>thatcher.rahmeier@faegredrinker.com |
| *Attorneys for Plaintiff*<br>*Jaguar Land Rover Limited* | *Attorneys for Defendant*<br>*Porsche Cars North America, Inc.* |

Dated:  December 10, 2020

    IT IS SO ORDERED on this        day of December, 2020.

                                                   _____
                                                   United States District Court Judge