IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1554 (RGA) |
| ) | |
| PORSCHE CARS NORTH AMERICA, ) | |
| INC. and Dr. Ing. h.c. F. PORSCHE AG, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S APPLICATION FOR ISSUANCE OF LETTER ROGATORY
FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE
<u>APPROPRIATE JUDICIAL AUTHORITY TO EFFECT SERVICE OF PROCESS</u>**

Plaintiff Jaguar Land Rover Limited ("Plaintiff") respectfully requests that the Court issue the Requests for International Judicial Assistance (Letter Rogatory), attached hereto, pursuant to Federal Rule of Civil Procedure 4(f)(2)(B), in order to effect service of process on Defendant Dr. Ing. h.c. F. Porsche AG ("Defendant"), a German company.

Plaintiff understands that Germany is a signatory to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (the "Hague Convention"). Plaintiff further understands that, if a judgment is to be enforced, Germany is not likely to recognize service by any other means and may require that service be effected pursuant to letter rogatory. Accordingly, Plaintiff requests that this Court issue the accompanying Letter Rogatory and that the executed Letter Rogatory be returned to counsel for Plaintiff for delivery to the proper international authorities. Upon receipt of the executed Letter Rogatory, counsel for Plaintiff will deliver the Letter Rogatory and certified translations to the proper international authorities.

OF COUNSEL:

Matthew J. Moore
Diane Ghrist
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C.  20004-1304
(202) 637-2200

Clement Naples
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
(212) 906-1200

Gabrielle A. LaHatte
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

Christopher Henry
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948 6000

December 14, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiff Jaguar Land Rover Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED,           ) | |
|                                                                  ) | |
|                    Plaintiff,                               ) | |
|                                                                  ) | |
|           v.                                                  ) | C.A. No. 20-1554 (RGA) |
|                                                                  ) | |
| PORSCHE CARS NORTH AMERICA, ) | |
| INC. and Dr. Ing. h.c. F. PORSCHE AG, ) | |
|                                                                  ) | |
|                    Defendants.                          ) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court for the District of Delaware presents its compliments to the Appropriate Judicial Authority of Germany and requests international assistance to effect service of process to be used in a civil proceeding before this court in the above-captioned matter. A hearing is not yet scheduled in this matter but will likely be in 2021 in Wilmington, Delaware, U.S.A.

**REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Germany effect service of process on:

**Dr. Ing. h.c. F. Porsche AG**
**Porscheplatz 1**
**D - 70435 Stuttgart**
**Germany**

Service is to be made upon **Dr. Ing. h.c. F. Porsche AG** of the following documents:

**Complaint for Patent Infringement with Exhibits 1-12**
**Civil Cover Sheet with Addendum**
**Summons in a Civil Action**
**Report on the Filing or Determination of an Action Regarding a Patent or Trademark**
**Plaintiff's Corporate Disclosure Statement**

This Court requests that the Appropriate Judicial Authority of Germany serve the above-named documents by personal service into the hands of a **Dr. Ing. h.c. F. Porsche AG** director, or through managing agent to another person authorized to accept service on behalf of **Dr. Ing. h.c. F. Porsche AG**, or in a manner of service consistent with the laws of Germany.

## FACTS OF THE CASE

Jaguar Land Rover Limited ("Plaintiff") brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. RE46,828 (the "'828 Patent" or the "Patent-in-Suit"). Defendant Dr. Ing. h.c. F. Porsche AG ("Defendant") infringes the Patent-in-Suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 et seq.

## OFFER OF RECIPROCAL ASSISTANCE

The United States District Court for the District of Delaware is willing to provide similar assistance to the judicial authorities of Germany. See 28 U.S.C. § 1696(a).

## REIMBURSEMENT FOR COSTS

Counsel for Plaintiff is willing to reimburse the judicial authorities of Germany for costs incurred in executing the U.S. District Court's Letter Rogatory. Plaintiff's counsel is Matthew J. Moore. Latham & Watkins LLP, at 555 Eleventh Street NW, Suite 1000, Washington, District of Columbia 20004.

DATED: _____   _____

[SEAL OF COURT]

Judge Richard G. Andrews
United States District Court Judge
District of Delaware
Wilmington, Delaware 19801
U.S.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1554 (RGA) |
| | ) |
| PORSCHE CARS NORTH AMERICA, | ) |
| INC. and Dr. Ing. h.c. F. PORSCHE AG, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ISSUANCE OF LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE <u>APPROPRIATE JUDICIAL AUTHORITY TO EFFECT SERVICE OF PROCESS</u>**

Upon consideration of the Application for Issuance of Letter Rogatory filed by Plaintiff Jaguar Land Rover Limited ("Plaintiff"), it is hereby:

ORDERED that the Application for Issuance of Letter Rogatory is GRANTED.

FURTHER ORDERED that the Court shall issue and sign the Letter Rogatory, bearing the Court's seal, which shall be returned to Plaintiff's counsel, who shall send the Letter Rogatory with the certified translations to the proper international authorities to effect service of process.

SO ORDERED this _____ day of _____, 20__

_____
Judge Richard G. Andrews
United States District Court Judge
District of Delaware

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 14, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Attorneys for Defendant Porsche Cars North America, Inc.* | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>Robert E. Colletti, Esquire<br>HAUG PARTNERS LLP<br>745 Fifth Avenue, 10th Floor<br>New York, NY 10151<br>*Attorneys for Defendant Porsche Cars North America, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)