IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1554 (RGA) |
| | ) |
| PORSCHE CARS NORTH AMERICA, | ) |
| INC. and Dr. Ing. h.c. F. PORSCHE AG, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ISSUANCE OF LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY TO EFFECT SERVICE OF PROCESS**

Upon consideration of the Application for Issuance of Letter Rogatory filed by Plaintiff Jaguar Land Rover Limited ("Plaintiff"), it is hereby:

ORDERED that the Application for Issuance of Letter Rogatory is GRANTED.

FURTHER ORDERED that the Court shall issue and sign the Letter Rogatory, bearing the Court's seal, which shall be returned to Plaintiff's counsel, who shall send the Letter Rogatory with the certified translations to the proper international authorities to effect service of process.

SO ORDERED this 15 day of 12, 2020

_____
Judge Richard G. Andrews
United States District Court Judge
District of Delaware